## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**KEITH MICHAEL LESSOR, #386922**                                    **PLAINTIFF**

**v.**                                                        **CIVIL NO. 1:16-cv-165-HSO-RHW**

**JOEL SMITH**                                                          **DEFENDANT**

### FINAL JUDGMENT

This matter is before the Court sua sponte.  The Court, after a full review and consideration of the record in this case and relevant legal authority, finds that in accordance with its Memorandum Opinion and Order entered herewith,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that Keith Michael Lessor's 42 U.S.C. § 1983 claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915 (e)(2)(B)(iii).

**SO ORDERED AND ADJUDGED**, this the 25th day of October, 2016.

*s/ Halil Suleyman Ozerden*

HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE